# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| LATOYA OWENS, §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>TRANSWORLD SYSTEMS, INC., §<br>    Defendant. § | Civil Action No. 4:17-cv-00673-ALM |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| */s/ Charles Penot* | */s/ Amy L. Bennecoff Ginsburg* |
|---|---|
| Charles Penot , Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Sessions Fishman Nathan & Israel, Esq. | Kimmel & Silverman, P.C. |
| 900 Jackson Street, Suite 440 | 30 East Butler Pike |
| Dallas TX 75202 4473 | Ambler, PA 19002 |
| Phone: (214) 741-3009 | Phone: (215) 540-8888 |
| Fax: (214) 741-3055 | Fax: (877) 788-2864 |
| Email: cpenot@sessions.legal | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: May 16, 2018 | Date: May 16, 2018 |

BY THE COURT:

_____
                                                        J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 16th day of May, 2018:

Charles Penot, Esq.
Sessions Fishman Nathan & Israel, Esq.
900 Jackson Street, Suite 440
Dallas TX 75202 4473
Phone: (214) 741-3009
Fax: (214) 741-3055
Email: cpenot@sessions.legal
Attorneys for Defendant

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff