IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **LATOYA OWENS,** | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:17-cv-00673-ALM |
| v. | § | |
| | § | |
| **TRANSWORLD SYSTEMS, INC.,** | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Pending before the Court is the Parties' Stipulation of Dismissal. After review of the Stipulation, and any opposition thereto, the Court concludes that the Stipulation is GRANTED. Plaintiff's Complaint is dismissed with prejudice, with each party to bear its own costs and fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

 **SIGNED this 26th day of November, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE